IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK DIXON,

    Petitioner,                    No. CIV S-10-0631 EFB P

    vs.

JAMES YATES,

    Respondent.              ORDER

                             /

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner's counsel requests leave to appear telephonically at the hearing on respondent's motion to dismiss. Good cause having been shown, it is hereby ordered that the request is granted. Counsel for petitioner may appear by telephone at the hearing currently set for Wednesday, September 1, 2010 at 10:00 a.m. Court staff will initiate the call to petitioner's counsel at the appropriate time.

Dated: August 30, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE