UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK DIXON, | No. 2:10-cv-0631 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| JAMES YATES, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with retained counsel, proceeds on this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The previously filed Findings and Recommendations, ECF No. 20, have been vacated and the motion to dismiss, ECF No. 8, has been denied. See Order, ECF No. 42 (adopting Findings and Recommendations at ECF No. 35).

IT IS HEREBY ORDERED that:

1. Respondent is directed to file an answer to petitioner's habeas petition within sixty days from the date of this order. See Rules 4 & 5, Rules Governing Section 2254 Cases;

2. Petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

////

////

1

3. Upon the filing of an answer and a reply (or expiration of time to file a reply), this matter will be deemed submitted.

DATED: June 25, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE