# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK DIXON,

    Petitioner,

      vs.

JAMES YATES, Warden

    Respondent.

2:10-CV-0631-JAM AC P

**[PROPOSED] ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Judge: Hon. Allison Claire
Courtroom 26

August 3, 2015

9:00 a.m.

    TO: ROBERT A. FOX, Acting Warden of the California Medical Facility, Vacaville, California:

    YOU ARE COMMANDED to produce inmate FRANK DIXON, CDCR #T-33888, to testify before the United States District Court for the Eastern District of California in Courtroom 26, United States District Court, 501 "I" Street,

1

[Proposed] Writ of Habeas Corpus Ad Testificandum

Sacramento, California 95814, on Monday, August 3, 2015 at 9:00 a.m., and from day to day until completion of the proceedings; and thereafter to return the inmate to the above-named institution, unless otherwise ordered by the Court.

FURTHER, you are ordered to notify the Court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

The Clerk of the Court is directed to serve a courtesy copy of this Writ of Habeas Corpus Ad Testificandum on the Litigation Coordinator, Att'n: Ms. Tina Paisley, California Medical Facility, 1600 California Drive, Vacaville, California 95696.

DATED: June 3, 2015

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE