UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK DIXON, | No. 2:10-cv-0631 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| JAMES YATES, | |
| Respondent. | |

Following the evidentiary hearing in this case, the parties were ordered to submit post-hearing briefing. ECF No. 73. It has come to the court's attention that the reply brief filed by petitioner on September 29, 2015 (ECF No. 83), is identical to the opening brief filed on September 8, 2015 (ECF No. 81). It appears that petitioner inadvertently re-filed his opening brief. The courtesy copy of the reply brief received by the court appears to be the document petitioner intended to file.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to strike petitioner's brief filed on September 29, 2015 (ECF No. 83) from the record.

////

////

////

1

2. Petitioner shall, no later than 5:00 p.m. on Friday, October 30, 2015, correct the record by filing his reply brief dated September 29, 2015.

DATED: October 28, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE